Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**IN RE:** **CASE NO: 26-32828-MVL-13**
**JANGAH PATRICIA EMERSON**
**DEBTOR**

## TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtor, and would respectfully show the Court as follows:

The Trustee asserts that the Plan does not meet the requirements of 11 U.S.C. §1325(a)(6), which is known as the "feasibility test."

- Debtor alleges contributions will be made by third parties, but has not shown the contributions will be received. Trustee requests a sworn statement and proof of the ability of Debtor's sister and son to make a monthly contribution of $2,050.01 as alleged by the Debtor.

Trustee requests status update of lawsuit with Easy Moving.

Debtor has not provided a wage directive.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

Respectfully submitted,
THOMAS D. POWERS, CHAPTER 13 TRUSTEE

By: /s/ Randy Tipton

Randy Tipton
State Bar No. 24039860
Attorney For Tom Powers
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200
Fax: (214) 965-0758

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Trustee's Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service .

| | |
|---|---|
| Debtor: | JANGAH PATRICIA EMERSON, 9661 AUGUST HILLS RD 16105, COPPELL, TX 75019-1167** |
| Attorney: | GWENDOLYN E HUNT, 2010 N HAMPTON RD, NO 400, DESOTO, TX 75115** |
| Creditor(s): | AIS PORTFOLIO SERVICES LP, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118 |
| | MATTHEWS SHIELS KNOTT ET AL, 8131 LBJ FRWY, STE 700, DALLAS, TX 75251** |
| | PADFIELD & STOUT, 100 THROCKMORTON ST, STE 700, FT WORTH, TX 76102 |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: September 01, 2026

By: /s/ Randy Tipton