Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: CASE NO: 26-32828-MVL-13
JANGAH PATRICIA EMERSON
DEBTOR

# NOTICE OF CONTINUED HEARING ON CONFIRMATION

A hearing has previously been scheduled in the above referenced matter. At the pre-hearing conference, all parties present agreed to the continuance of the hearing. Notice is hereby given that the hearing will be continued to the following date:

**October 01, 2026**

due to the following reason:

Per Agreement of the Parties.

A Pre-Hearing Conference will be held on **October 01, 2026**. Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney no later than 4:00 p .m. on **09/30/2026**. Any objections not resolved or defaulted at the pre-hearing conference will be heard by the Court by Webex Video Conference beginning at 2:00 P.M. on **October 01, 2026**.

You may access the Webex Hearings at the following:
**Judge Larson - https://us-courts.webex.com/meet/larson**
**Access Webex Instructions at https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates.**

All parties present at the previous hearing were notified of the foregoing date and times. No further notice is necessary.

Respectfully submitted,

Attorney for Debtor:
GWENDOLYN E HUNT

/s/ Thomas D. Powers
Thomas D. Powers
State Bar No. 16218700
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200